1  MICHAEL J. HOLMES (BAR NO. 199311)
   ALLEN MATKINS LECK GAMBLE
2    MALLORY & NATSIS LLP
   501 West Broadway, 15th Floor
3  San Diego, California 92101-3541
   Phone: (619) 233-1155
4  Fax: (619) 233-1158
   E-Mail: mholmes@allenmatkins.com
5
   Attorneys for Plaintiff
6  SAFE AUTO INSURANCE COMPANY

FILED

2008 JUN 13  AM 11: 25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____L-NW_____DEPUTY

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | SAFE AUTO INSURANCE COMPANY,        | Case No.  '08 CV 1052 DMS NLS

12 |              Plaintiff,              | **COMPLAINT FOR DECLARATORY
   |                                      | JUDGMENT OF SERVICE MARK
13 |    v.                                | INFRINGEMENT**

14 | SAFE SERVICES, INC., dba SAFE AUTO   | **DEMAND FOR JURY TRIAL**
   | INSURANCE SERVICES,
15 |
   |              Defendant.
16 |

17         Plaintiff Safe Auto Insurance Company ("Safe Auto") complains against defendant Safe

18  Services, Inc., dba Safe Auto Insurance Services ("Safe Services"), and alleges as follows:

19                              **The Parties**

20         1.     Plaintiff Safe Auto is an Ohio corporation having a place of business at 3883 East

21  Broad Street, Columbus, Ohio 43213.

22         2.     On information and belief, defendant Safe Services is a California corporation

23  having a place of business at 945 West Valley Parkway, Suite G, Escondido, California 92025.

24                         **Jurisdiction and Venue**

25         3.     This action arises under the trademark laws of the United States, the Lanham Act,

26  15 U.S.C. § 1051 *et seq.*

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

699190.01/SD

4.     Federal question jurisdiction is conferred pursuant to 28 U.S.C. §§ 1331 and 1338(a), and 15 U.S.C. § 1121(a), and the claim is also brought pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*

5.     Venue in this court is based upon 28 U.S.C. §§ 1391(b) and (c).

**<u>COUNT - Declaratory Judgment of Infringement</u>**

6.     Safe Auto is a consumer-direct personal auto insurer operating in numerous states. Safe Auto commenced operations in the State of Ohio in 1993 and has since expanded into multiple states. Since its inception, Safe Auto has advertised its products and services under the SAFE AUTO name and mark by widely promoting the telephone number 1-800-723-3288, which corresponds to the designation 1-800-SafeAuto.

7.     Safe Auto is the owner of U.S. Registration No. 1,828,559, issued March 29, 1994, for the mark SAFE AUTO INSURANCE for use in connection with automobile insurance agency, brokerage, administration, and underwriting services, and U.S. Registration No. 2,489,416, issued September 11, 2001, for the mark 1-800-SAFE-AUTO for use in connection with insurance brokerage services, namely, providing automobile insurance; and insurance underwriting and administration services in the field of automobile insurance.

8.     Copies of the certificates of registration for U.S. Registration No. 1,828,559 and U.S. Registration No. 2,489,416 are attached hereto as Exhibit A. Each of those registrations is valid and subsisting, and each has achieved incontestable status pursuant to 15 U.S.C. § 1065. Pursuant to 15 U.S.C. § 1115(b), those incontestable registrations constitute conclusive evidence of the validity of the registered marks and the registrations of those marks, conclusive evidence of Safe Auto's ownership of those marks, and conclusive evidence of Safe Auto's exclusive right to use those marks in connection with the services recited in those registrations.

9.     Although Safe Auto has not yet provided insurance products and services into the State of California, it has begun the process of expanding into the State of California, it has taken concrete steps toward providing insurance services in the State of California, and Safe Auto intends to begin operations in the State of California on or before April 1, 2009.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

699190.01/SD

-2-

10.     On May 21, 2008, Safe Auto received a letter from the Department of Insurance, Legal Division, Corporate Affairs Division for the State of California regarding Safe Auto's request for approval of the name Safe Auto Insurance Company.  That letter disapproved of Safe Auto's request to use the name "Safe Auto Insurance Company" because it was said to be too similar to the name of Safe Services, Inc. dba Safe Auto Insurance Service, a licensed California agency whose name had already been approved.

11.     On information and belief, Safe Services adopted and began using the "Safe Auto Insurance" name long after Safe Auto began use of the "Safe Auto Insurance" and "1-800-SAFE-AUTO" marks, and long after Safe Auto obtained its U.S. registrations for those marks.

12.     On information and belief, Safe Services is using the SAFE AUTO INSURANCE mark in connection with the provision of automobile insurance services, and other insurance services, in the State of California.

13.     On information and belief, Safe Services operates an Internet website at www.henrialmanzar.com that advertises and promotes the sale of, among other things, automobile insurance services under the SAFE AUTO INSURANCE SERVICES mark.  A printout of the home page from the website www.henrialmanzar.com is attached hereto as Exhibit B.

14.     Safe Services has no connection or association with Safe Auto, nor is Safe Services authorized to use the SAFE AUTO and SAFE AUTO INSURANCE marks.

15.     As a result of the actions of Safe Services, and the initial disapproval by the Department of Insurance, Legal Division, Corporate Affairs Division for the State of California of Safe Auto's request for approval of the name Safe Auto Insurance Company in view of Safe Services use of that name, there is an actual controversy under 28 U.S.C. § 2201 between the parties.

16.     The "SAFE AUTO INSURANCE SERVICES" designation used by Safe Services in connection with the advertising and provision of insurance services, including automobile insurance services, is a reproduction, counterfeit, copy, and/or colorable imitation of Safe Auto's federally registered and incontestable SAFE AUTO INSURANCE and 1-800-SAFE-AUTO marks.  Such use is likely to cause confusion, mistake, and/or deception and has or will cause

1    serious and irreparable damage to the reputation and goodwill of Safe Auto and is in violation of

2    15 U.S.C. § 1114, for which Safe Auto is without an adequate remedy at law, and has caused or

3    will cause damages in an amount not yet determined.

4    WHEREFORE, Safe Auto prays:

5    A.    That this Court declare that the use by Safe Services of the SAFE AUTO

6    INSURANCE SERVICES name infringes Safe Auto's federally registered SAFE AUTO

7    INSURANCE and 1-800-SAFE-AUTO marks in violation of 15 U.S.C. § 1114.

8    B.    That Safe Services, its agents, employees, successors and assigns, and any and all

9    persons or entities acting at, through, under or in active concert or participation with or under

10   authority of or from them, be preliminarily and permanently enjoined and restrained from any

11   advertising, promotion, provision of services and/or any other use of the designation "SAFE

12   AUTO INSURANCE," and of any other colorable imitation of Safe Auto's federally registered

13   SAFE AUTO INSURANCE and 1-800-SAFE-AUTO marks, including but not limited to use on

14   any vehicles, uniforms, signs, newspaper or other advertisements, telephone directory listings,

15   Internet websites (including the Internet website www.henrialmanzar.com), bank accounts, and/or

16   any other printed or otherwise published materials, in connection with insurance services,

17   including but not limited to automobile insurance services.

18   C.    That this Court award to Safe Auto the profits of Safe Services and/or the damages

19   suffered by Safe Auto as a result of Safe Services infringement in accordance with 15 U.S.C. §

20   1117(a).

21   D.    That this is an exceptional case and that Safe Auto be awarded the costs of this

22   action and its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a).

23   E.    For such other and further relief as the nature of the case may require and as may

24   be deemed just and equitable.

25   Dated:  June 13, 2008                      ALLEN MATKINS LECK GAMBLE
                                                MALLORY & NATSIS LLP
26

27                                  By:  _____
28                                        MICHAEL J. HOLMES
                                          Attorneys for Plaintiff
                                          SAFE AUTO INSURANCE COMPANY

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

699190.01/SD

-4-

**Jury Demand**

Plaintiff Safe Auto Insurance Company hereby demands and requests trial by jury of all issues that are triable by jury, including, but not limited to, those issues and claims set forth in any amended complaint or consolidated action.

Dated:  June 13, 2008

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____
MICHAEL J. HOLMES
Attorneys for Plaintiff
SAFE AUTO INSURANCE COMPANY

OF COUNSEL
Theodore R. Remaklus
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Phone: (513) 241-2324
Fax:   (513) 421-7269

**EXHIBIT A**

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

**Reg. No. 1,828,559**

## United States Patent and Trademark Office

Registered Mar. 29, 1994

### SERVICE MARK
### PRINCIPAL REGISTER

## SAFE AUTO INSURANCE

SAFE AUTO INSURANCE AGENCY, INC.
(OHIO CORPORATION)
995 GOODALE BOULEVARD
COLUMBUS, OH 432123826

FOR: AUTOMOBILE INSURANCE AGENCY, BROKERAGE, ADMINISTRATION, AND UNDERWRITING SERVICES, IN CLASS 36 (U.S. CLS. 101 AND 102).

FIRST USE 8-11-1992; IN COMMERCE 8-11-1992.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AUTO INSURANCE", APART FROM THE MARK AS SHOWN.

SER. NO. 74-401,833, FILED 6-11-1993.

SASHA CARTER, EXAMINING ATTORNEY

EXHIBIT A

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,489,416
Registered Sep. 11, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

## 1-800-SAFE-AUTO

SAFE AUTO INSURANCE COMPANY (OHIO CORPORATION)
3883 EAST BROAD STREET
COLUMBUS, OH 43213

FOR: INSURANCE BROKERAGE SERVICES, NAMELY, PROVIDING AUTOMOBILE INSURANCE; AND INSURANCE UNDERWRITING AND ADMINISTRATION SERVICES IN THE FIELD OF AUTOMOBILE INSURANCE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-4-1993; IN COMMERCE 8-4-1993.

OWNER OF U.S. REG. NO. 1,828,559.

SN 76-022,952, FILED 4-11-2000.

ROGER BORA, EXAMINING ATTORNEY

EXHIBIT A

—

## Safe Auto Insurance Services

**Need insurance? Call now for a free quote!  (888) 848-6819**

Get a Quote! · Frequently Asked Questions · Report a Claim! · About Us · Employment Opportunities · Contact Us

Auto · Motorcycle · Homeowner/Renter/Condo · Umbrella · RV & Watercraft · Commercial & Business · Workers Compensation



### You need Safe Auto Insurance Services.
Making **sure** you are always <u>SAFE</u>.

### Give us a call NOW! (888) 848-6819

Cost of auto insurance is increasing day by day, which is increasing the number of people searching for cheap auto insurance quotes. Safe Auto Insurance Services is designed to help financially cover potential auto-related damages, loss or injuries. It helps protect you, your passengers, your fellow drivers, pedestrians, other people's property and your car. It can also help protect you in the event of an automobile-related lawsuit. Safe Auto Insurance Services offers a range of general insurance policies designed to protect your motor vehicle, home and contents, valuables, caravan and boat.

Our coverage is extensive, and our service is outstanding. Successful businesses understand the importance of reliable commercial auto insurance for their business vehicles. Safe Auto Insurance Services provides comprehensive commercial auto insurance, offering businesses a wide variety of coverages and broad acceptability of vehicles and drivers.

You can get great rates by contacting us today! Our professional call center is available to help you purchase car insurance. Our goal is to give consumers all the information and resources they need to make informed auto insurance decisions. We are dedicated to be your car insurance marketplace!

**Why do I need insurance?**

Insurance provides people with protection in the event of something unforeseen happening; like a car accident or house fire. By providing this security, insurance gives people peace of mind, knowing that they and their loved ones can maintain a quality of life during or after an unforeseen event.

Copyright 2005-2006 by Safe Services, Inc. doing business under the name Safe Auto Insurance Services    Privacy Policy | Terms & Conditions

## Safe Auto Insurance Services

EXHIBIT B

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

SAFE AUTO INSURANCE COMPANY

**DEFENDANTS**

SAFE SERVICES, INC., dba SAFE AUTO INSURANCE SERVICES

2008 JUN 13   AM 11: 24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(b)** County of Residence of First Listed Plaintiff   Franklin, Ohio
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____ DEPUTY
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Michael J. Holmes (Bar No. 199311)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, CA  92101-3541
Tel:  (619) 233-1155; Fax:  (619) 233-1158

Attorneys (If Known)

'08 CV 1052 DMS NLS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities-Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities-Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):  15 U.S.C. sec. 1051 (Lanham Act); 15 U.S.C. sec. 1121(a) (federal trademarks); 28 U.S.C. sec. 2201 (Declaratory Judgment Act)

Brief description of cause:  Service mark infringement.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____ DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| June 13, 2008 | Michael J. Holmes |

FOR OFFICE USE ONLY

RECEIPT #  151431   AMOUNT  $350   APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

SAC   6/13/08

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# # 151931    — TC

## June 13, 2008
## 11:28:50

### Civ Fil Non-Pris
USAO #.: 08-1052
Judge..: DANA M SABRAW
Amount.:                    $350.00 CK
Check#.: BC39328

### Photocopies
Qty....:   6 @ $0.50
Amount.:                    $3.00 CK
Check#.: BC39328

## Total—> $353.00

FROM: SAFE AUTO INS CO.
      VS
      SAFE AUTO INS. SERVICES