# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN 13 AM 11:30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KMH _____ DEPUTY

SAFE AUTO INSURANCE COMPANY
PLAINTIFF

vs

SAFE SERVICES, INC., dba SAFE AUTO INSURANCE SERVICES
DEFENDANT

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 1052 DMS NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michael J. Holmes, Esq.
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, CA 92101-3541

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

JUN 13 2008

By _____ , Deputy Clerk          DATE