1 | MICHAEL J. HOLMES (BAR NO. 199311)
ALLEN MATKINS LECK GAMBLE
2 |   MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
3 | San Diego, California 92101-3541
Phone: (619) 233-1155
4 | Fax: (619) 233-1158
E-Mail: mholmes@allenmatkins.com
5 |
Attorneys for Plaintiff
6 | SAFE AUTO INSURANCE COMPANY

FILED

2008 JUN 13  AM 11: 26

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KN11_____DEPUTY

7

8 |              UNITED STATES DISTRICT COURT

9 |             SOUTHERN DISTRICT OF CALIFORNIA

10

'08 CV 1052 DMS NLS

11 | SAFE AUTO INSURANCE COMPANY,        Case No.

12 |              Plaintiff,             **NOTICE OF PARTY WITH FINANCIAL INTEREST**

13 |         v.

14 | SAFE SERVICES, INC., dba SAFE AUTO
INSURANCE SERVICES,

15

16 |              Defendant.

17 |         Pursuant to Fed. R. Civ. P. 7.1 and CivLR 40.2, plaintiff Safe Auto Insurance Company

18 | states that it is not a parent, subsidiary or other affiliate of a publicly owned corporation, nor is

19 | there a publicly owned corporation, not a party to this case, that owns 10% or more of its stock.

20 | Dated: June 13, 2008                 ALLEN MATKINS LECK GAMBLE
                                        MALLORY & NATSIS LLP
21

22 |                                     By: _____

23 |                                        MICHAEL J. HOLMES
                                           Attorneys for Plaintiff
24 |                                        SAFE AUTO INSURANCE COMPANY

25 | OF COUNSEL
Theodore R. Remaklus
26 | WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower
27 | 441 Vine Street
Cincinnati, Ohio 45202
28 | Phone: (513) 241-2324
Fax:  (513) 421-7269

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

699193.01/SD