MICHAEL J. HOMES (SBN 199311)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
501 WEST BROADWAY
15TH FLOOR
SAN DIEGO, CA 92101
(619) 233-1155

Attorney(s) for   SAFE AUTO INSURANCE COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:   SAFE AUTO INSURANCE COMPANY                Case No:   08CV1052DMSNLS

Defendant: SAFE SERVICES, INC., ETC.                   PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE OF PARTY WITH FINANCIAL INTEREST

2. a. Party served:     SAFE SERVICES, INC., DBA SAFE AUTO INSURANCE SERVICES
   b. Person served:    ERIKA CALDERON, RECEPTIONIST
   c. Place of Service: 4727 WILSHIRE BLVD., #601
                        LOS ANGELES, CA 90010
                        {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:   JUNE 13, 2008
      (2) at:   4:30 P.M.

4. Person serving:                              a. Fee for Service: $ 100.00
   CESAR LARA                                   e. Exempt from registration under
   CALEXPRESS                                      Bus. & Prof. Code 22350(b)
   917 West Grape Street
   San Diego, CA  92101
   (619) 685-1122

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date:   JUNE 16, 2008                        Signature: _____

---

PROOF OF SERVICE