1  ROBERT R. BARNES (BAR NO. 144881)
   MICHAEL J. HOLMES (BAR NO. 199311)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  501 West Broadway, 15th Floor
   San Diego, California 92101-3541
4  Phone:  (619) 233-1155
   Fax:  (619) 233-1158
5  E-Mail:  bbarnes@allenmatkins.com
             mholmes@allenmatkins.com
6
   Attorneys for Plaintiff
7  SAFE AUTO INSURANCE COMPANY

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11 SAFE AUTO INSURANCE COMPANY,          Case No. 08 CV 1052 DMS NLS

12              Plaintiff,               **REQUEST FOR CLERK'S ENTRY OF DEFAULT**

13         v.

14 SAFE SERVICES, INC., dba SAFE AUTO
   INSURANCE SERVICES,
15
                Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

701067.01/SD

1    TO THE CLERK OF THE ABOVE-ENTITLED COURT.

2    Plaintiff Safe Auto Insurance Company ("Safe Auto") hereby requests that the Clerk of the

3    above-entitled Court enter default in this matter against defendant Safe Services, Inc., dba Safe

4    Auto Insurance Services ("Safe Services") on the ground that Safe Services has failed to appear or

5    otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil

6    Procedure.  Safe Auto served the Complaint on Safe Services on June 13, 2008, as evidenced by

7    the Proof of Service of Summons and Complaint on file with this Court.

8

9    Dated:  July 15, 2008                    ALLEN MATKINS LECK GAMBLE
                                                       MALLORY & NATSIS LLP
10

11                                             By: s/Michael J. Holmes
                                                   _____
12                                                 MICHAEL J. HOLMES
                                                   Attorneys for Plaintiff
                                                   SAFE AUTO INSURANCE COMPANY
13

14   OF COUNSEL
     Theodore R. Remaklus
15   WOOD, HERRON & EVANS, L.L.P.
     2700 Carew Tower
16   441 Vine Street
     Cincinnati, Ohio 45202
17   Phone: (513) 241-2324
     Fax:   (513) 421-7269
18

19

20

21

22

23

24

25

26

27

28

1  ROBERT R. BARNES (BAR NO. 144881)
   MICHAEL J. HOLMES (BAR NO. 199311)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  501 West Broadway, 15th Floor
   San Diego, California 92101-3541
4  Phone: (619) 233-1155
   Fax: (619) 233-1158
5  E-Mail: bbarnes@allenmatkins.com
           mholmes@allenmatkins.com
6
   Attorneys for Plaintiff
7  SAFE AUTO INSURANCE COMPANY

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  SAFE AUTO INSURANCE COMPANY,        Case No. 08 CV 1052 DMS NLS

12               Plaintiff,             **DECLARATION OF MICHAEL J.
                                        HOLMES IN SUPPORT OF REQUEST FOR
13          v.                          CLERK'S ENTRY OF DEFAULT**

14  SAFE SERVICES, INC., dba SAFE AUTO
    INSURANCE SERVICES,
15
                 Defendant.
16

17       I, Michael J. Holmes, declare:

18       1.      I am an attorney admitted to practice before the above-captioned Court, and I am a

19  partner with the firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, attorneys for Plaintiff

20  Safe Auto Insurance Company ("Safe Auto") in the above-captioned action.  I am one of the

21  attorneys primarily responsible for handling this matter on behalf of Safe Auto.  The following

22  facts are within my own personal knowledge, and if called upon to do so I could and would

23  competently testify thereto personally under oath.

24       2.      Safe Auto filed its Complaint in this action on June 13, 2008.  The Complaint was

25  personally served on defendant Safe Services, Inc., dba Safe Auto Insurance Services ("Safe

26  Services"), through its agent for service of process on June 13, 2008.  A Proof of Service of

27  Summons and Complaint was filed with this Court on July 15, 2008.

28

1        3.      Safe Services has failed to appear or otherwise respond to the Complaint within the

2  time prescribed by the Federal Rules of Civil Procedure.

3        I declare under penalty of perjury that the foregoing is true and correct.  Executed on

4  July 15, 2008 at San Diego, California.

5

6                          s/Michael J. Holmes

                           MICHAEL J. HOLMES

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE BY MAIL

2

3    STATE OF CALIFORNIA            )
                                    )    ss.:
4    COUNTY OF SAN DIEGO            )

5

6        I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 501 West Broadway, 15th Floor, San Diego, California 92101-3541.

7

8        On **July 15, 2008**, I served on interested parties in said action the within:

9        ➢  **REQUEST FOR CLERK'S ENTRY OF DEFAULT;**

10       ➢  **DECLARATION OF MICHAEL J. HOLMES IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT**

11   by placing a true copy thereof in sealed envelope(s) addressed as stated below.

12       Spiegel & Utrera, Authorized Agent for
         Safe Services, Inc., dba Safe Auto Insurance Services
13       4727 Wilshire Blvd., Suite 601
         Los Angeles, CA  90010

14

15       I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

16

17

18       I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

19

20       Executed on **July 15, 2008**, at San Diego, California.

21

22       Pamela T. Lewis                          (Signature)
         (Type or print name)

23

24

25

26

27

28

701091.01/SD