# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Safe Auto Insurance Company

                              Plaintiff,

vs

Safe Services, Inc., dba Safe Auto Insurance Services

                              Defendant,

**Civil No.     08cv1052-DMS(NLS)**

**DEFAULT**

    It appears from the records in the above entitled action that Summons issued on the original Complaint filed on 6/13/08 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

    Safe Services, Inc. dba Safe Auto Insurance Services

**Entered On:**     07/23/2008                        W. SAMUEL HAMRICK, JR., CLERK

                                              By: _____

                                                         s/K. Johnson, Deputy